IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIGUEL TYM,

     Plaintiff,

v.                                   1:25-cv-00498-GBW-JMR

ERICA CERNO, DANA FLANNERY, and
NEW MEXICO HEALTH CARE AUTHORITY,

     Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Monday, February 23, 2026**, at **10:00 a.m. Mountain Time.** Counsel shall call my toll-free conference line at 1-855-244-8681 and enter Access Code 2315 404 2333# to be joined to the proceedings. When prompted for an Attendee ID number, press #. Please note that there may be a period of minutes before you are prompted for an Attendee ID number.


JENNIFER M. ROZZONI
United States Magistrate Judge