IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIGUEL TYM,

      Plaintiff,

v.                                                                    1:25-cv-00498-JCH-JMR

ERICA CERNO, DANA FLANNERY, and
NEW MEXICO HEALTH CARE AUTHORITY,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Tuesday, May 05, 2026**, at **9:30 a.m. Mountain Time.** The parties shall call my toll-free conference line at 1-855-244-8681 and enter Access Code 2315 404 2333# to be joined to the proceedings. When prompted for an Attendee ID number, press #. Please note that there may be a period of minutes before you are prompted for an Attendee ID number.

JENNIFER M. ROZZONI
United States Magistrate Judge