**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**MIGUEL TYM,**

**Plaintiff,**

**vs.** **CIVIL NO. 1:25-cv-00498-JCH-JMR**

**ERICA CERNO, DANA FLANNERY and NEW MEXICO HEALTH CARE AUTHORITY,**

**Defendants.**

**DEFENDANTS' MOTION TO EXTEND DEADLINE**

Defendants, Erica Cerno, Dana Flannery, and New Mexico Health Care Authority's ("NMHCA") (collectively "Defendants"), by and through their counsel of record, Conklin, Woodcock, Ziegler & Hazlett, P.C., hereby file this Motion to Extend Deadline for the following reasons:

1. On June 15, 2026, the Court filed an Order requiring closing documents to be filed by July 27, 2026 (ECF No. 43).

2. The parties have been working diligently to finalize the settlement agreement and required signatures.

3. Plaintiff delivered the signed settlement agreement to Defendants yesterday, July 22, 2026.

4. Defendants will make every effort to deliver the settlement check to Plaintiff as soon as possible, however, due to governmental requirements, processing of the settlement check will require additional time and the parties will not be able to meet the Court's July 27, 2026 deadline.

5. Given the above, there is good cause to extend the deadline by one month to submit closing documents so that the settlement check may be processed and a motion to dismiss the Complaint may be filed.

6. Plaintiff's input on this motion was requested and his counsel was advised that there was no possibility that the closing documents could be filed by the Court's deadline and that this Motion to Extend would be filed as of noon on this date. Plaintiff has not definitively indicated their position on the matters stated herein.

**WHEREFORE,** the Defendants respectfully request this Court to extend the deadline for closing document to be filed to August 24, 2026.

Respectfully Submitted,

CONKLIN, WOODCOCK, ZIEGLER,
& HAZLETT, P.C.

By: */s/ Morgan E. Porter*

Carol Dominguez Shay
Morgan E. Porter
320 Gold SW, Suite 800
Albuquerque, NM 87102
Tel. (505) 224-9160
Fax (505) 224-9161
cds@conklinfirm.com
mep@conklinfirm.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Morgan E. Porter*
Morgan E. Porter